# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-1475

_____

Courtney Bernard Clark

*Plaintiff - Appellant*

v.

Commissioner Tom Roy; Officer Nate Drevlow; Dr. Lisa Staber; Dr. Steven Klapmeier; Dr. James Wischer

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: April 25, 2018
Filed: April 30, 2018
[Unpublished]

_____

Before WOLLMAN, LOKEN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Minnesota inmate Courtney Bernard Clark appeals following the district court's[1] adverse judgment in his 42 U.S.C. § 1983 action. We find no basis for

---

[1]The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable

overturning the district court's well-reasoned decisions dismissing the claims against some parties, and granting summary judgment to the remaining party. The judgment is affirmed. See 8th Cir. R. 47B.[2]

_____

_____

Hildy Bowbeer, United States Magistrate Judge for the District of Minnesota.

[2]We decline to consider the new matters Clark raises on appeal, see Stone v. Harry, 364 F.3d 912, 914-15 (8th Cir. 2004), or his challenge to a ruling this court summarily affirmed in his prior interlocutory appeal in this case.